mssb–defntc (Rev. 12/17)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

In re:                                                                                          Case No.: 19–51282–NPO
                                                                                                   Chapter: 11

Great Southern Golf Club, Inc.
2000 Beach Drive
Gulfport, MS 39507

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
    64–0838269

**DEFICIENCY NOTICE**
**(Notice of Missing Documents and**
**Notice of Dismissal if Documents Not Timely Filed)**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Schedule A/B due 07/17/2019
Schedule D due 07/17/2019
Aty Disclosure Stmt. due 07/17/2019
Schedule E/F due 07/17/2019
Sum. of Assets and Liabilities due 07/17/2019
Schedule G due 07/17/2019
Schedule H due 07/17/2019
Stmt. of Fin. Affairs due 07/17/2019

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 7/5/19                                                         Danny L. Miller, Clerk of Court
                                                                                    Dan M. Russell, Jr. U.S. Courthouse
                                                                                    2012 15th Street, Suite 244
                                                                                    Gulfport, MS 39501

**Note:** Pursuant to Miss. Bankr. L. R. 1009–1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.