19-51282-NPO    Dkt 3    Filed 07/03/19    Entered 07/03/19 14:45:24    Page 1 of 1

Debtor(s):  Great Southern Golf Club, Inc.          Case No: 19-51282-KMS          SOUTHERN DISTRICT OF MISSISSIPPI
                                                    Chapter: 11                                      GULFPORT DIVISION

Acushnet Company/Titleist
PO Box 844324
Boston, MA 2284

Great Southern Investments LLC
2300 14th Street
Gulfport, MS 39501

Berkley Insurance
4820 Lake Brooke Dr., Suite 300
Glen Allen, VA 23060

John Deere Financial
PO Box 6600
Johnston, IA 50131

CableOne

PNC Financing
PO Box 931034
Cleveland, OH 44193

CenterPoint Energy
PO Box 2628
Houston, TX 77252

Power Plan
PO Box 5328
Madison, WI 53705

David W. Larosa, Sr.
Harrison County Tax Collector
P O Box 1270
Gulfport, MS 39502

tcf Equipment Financing
11100 Wayzata Blvd. Suite 801
Minnetonka, MN 55305

Dennis Keaster
426 South California Street
Helena, MT 59601

TeeSnap
1201 N Town Center Drive
Las Vegas, NV 89144

Divots Sportswear
5903 Peachtree Ind. Blvd. Suite
Norcross, GA 30092

Terminix Commercial

Eagle Energy
568 1/2 Courthouse Road
Gulfport, MS 39507

Waste Management
499 South Gloster Creek illage,
Tupelo, MS 38801

Ellis D. Hill
Gulfport, MS 39507

Wrights National Flood Insuranc
PO Box 33003
St. Petersburg, FL 33733-3242

First Insurance Funding
450 Skokie Blvd., Suite 1000
Northbrooke, IL 60062-7917

Yamaha Commercial Finance
6555 Katella Ave
Cypress, CA 90630