UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:  
**Great Southern Golf Club, Inc.**

CHAPTER **11**

DEBTOR(S)

CASE NO 19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| A.J.M. (Butch & Andi) Oustalet | Common | 3 | |
| Alan and Margie Bertucci | Common | 5 | |
| Allen Beverages | Common | 7 | |
| Anne Glass Grinnell | Common | 1 | |
| Anne Krause | Common | 1 | |
| Arlene Wall | Common | 1 | |
| Art Hadler | Common | 1 | |
| Bert Allen | Common | 1 | |
| Betsy Vick Gaines c/o Nancy Vick | Common | 1 | |
| Bettie Lee Anderson | Common | 1 | |
| Betty Sanders | Common | 1 | |
| Billy Hewes | Common | 5 | |
| Boyce Holleman Estate | Common | 2 | |
| Brandon Mount | Common | 1 | |
| Brax Kody or Vernon A. Clark | Common | 1 | |
| Brenda Clark | Common | 2 | |
| C. Lee Hilbert | Common | 1 | |
| Callen Weatherly | Common | 2 | |
| Carl and Jeanette Lizana | Common | 8 | |
| Carl and Kathy Dibble Lizana | Common | 1 | |
| Carl and Mary Lucy Palazzo Lizana | Common | 1 | |
| Carl and Raymond C. Lizana | Common | 2 | |
| Carl Lizana and Carl A. Lizana, III | Common | 3 | |
| Carl Lizana or Ronnie E. Hamilton | Common | 1 | |
| Carol L. McClement | Common | 1 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:     CHAPTER 11
**Great Southern Golf Club, Inc.**

DEBTOR(S)     CASE NO 19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Caroline H. Charbonnet | Common | 1 | |
| Carolyn or John Miller, M.D. | Common | 1 | |
| Carolyn Savoy Inzerella | Common | 5 | |
| Carolyn Temple or Dr. Geddes Flagg | Common | 2 | |
| Cass Flagg | Common | 2 | |
| Chadwick Michael Edwards | Common | 1 | |
| Charles Bates | Common | 1 | |
| Charles Kelly | Common | 1 | |
| Christopher Roosa | Common | 1 | |
| Claudia Gaynel Billups | Common | 1 | |
| Cliff Vick<br>2060 Beach Blvd #507<br>Biloxi, MS 39531 | | | |
| Cummings H. McCall, III | Common | 1 | |
| Cynthia or Jason Aldridge | Common | 1 | |
| Cynthia Speetjens | Common | 1 | |
| D.O. Conwill | Common | 1 | |
| Dan and Gena Cook | Common | 2 | |
| David Clippinger | Common | 1 | |
| David Jones | Common | 1 | |
| David Keith | Common | 4 | |
| Denise Haynes | Common | 1 | |
| Diana Lynn Kelly | Common | 2 | |
| Dianne or Mercer Miller | Common | 1 | |
| Don Jones c/o Peter Rogers | Common | 1 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:                                                                              CHAPTER   11
**Great Southern Golf Club, Inc.**

DEBTOR(S)                                           CASE NO   19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 2*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Dona Haynes | Common | 16 | |
| Donald J. Cuevas Estate<br>c/o Ann Cuevas | Common | 1 | |
| Donald West | Common | 1 | |
| Donna and Rick Williams | Common | 1 | |
| Dorothy Samuels | Common | 1 | |
| Dr. H.F. or Esther Campbell | Common | 1 | |
| Dr. O.Z. Culler | Common | 1 | |
| Drew Allen | | | |
| Dwight or Phyllis Sanders | Common | 1 | |
| E.C. Milner (deceased) | Common | 2 | |
| Ed Bossier | Common | 7 | |
| Edward O. or S. Diane Miller | Common | 1 | |
| Edward or Donna Addison | Common | 1 | |
| Elizabeth Sommella or Doris Blankinship | Common | 1 | |
| Elizabeth Webb Estate | Common | 1 | |
| Ellis D. Hill<br>8 Mockingbird Lane<br>Gulfport, MS 39507 | | | |
| Ellis D. or Martha L. Hill | Common | 5 | |
| Estate of Jack Thompson | Common | 1 | |
| Eugene Kelly | Common | 2 | |
| Eustace a. and Nancy D. Allen | Common | 2 | |
| Evelyn Floyd | Common | 2 | |
| Francis Smith Estate | Common | 1 | |
| Frank Roskopf | Common | 2 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:  
**Great Southern Golf Club, Inc.**

CHAPTER 11

DEBTOR(S)

CASE NO 19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 3*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Fullhouse Ventures | Common | 4 | |
| G.N. Creel | Common | 1 | |
| Gary Martin | Common | 1 | |
| Gary White | Common | 1 | |
| Gaynel Elizabeth Billups | Common | 2 | |
| Geddes B. Flagg c/o Cass Flagg | Common | 2 | |
| George and Deborah Hataway | Common | 2 | |
| George Schloegel | Common | 3 | |
| George W. Healy, IV | Common | 1 | |
| Guy Billups, Jr. c/o Walter Gex | Common | 4 | |
| Guy Cameron Billups, III | Common | 2 | |
| Guy Cameron Billups, IV | Common | 1 | |
| Guy J. Knoblock Estate | Common | 1 | |
| H.E. Wood | Common | 2 | |
| H.J. Bullock | Common | 1 | |
| Hardy Court Shopping Center<br>c/o Mitch Salloum | Common | 1 | |
| Hon. Gaston Hewes, Jr. | Common | 1 | |
| Hunter Arthur Chapman | Common | 1 | |
| Irving Depierne | Common | 1 | |
| J. Randolph Buck Estate<br>K. Butler, Executrix | Common | 1 | |
| J.N. Bertucci | Common | 1 | |
| J.S. Love, III | Common | 1 | |
| Jake Mladinich | Common | 1 | |
| James Baker | Common | 1 | |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

IN RE:  
**Great Southern Golf Club, Inc.**

CHAPTER **11**

DEBTOR(S)

CASE NO 19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 4*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| James H. Haynes, Jr. | Common | 1 | |
| James M (Mike) Oberlies | Common | 5 | |
| James Medley | Common | 1 | |
| James Ray | Common | 1 | |
| Jason Scott Edwards | Common | 1 | |
| Jeffery T. Wall | Common | 2 | |
| Jerry Munro Estate<br>c/o Jata Brown and Lucy Lizana | Common | 1 | |
| Jerry or Frances D. Smith | Common | 1 | |
| Jerry Smith<br>12995 Coles Cove<br>Gulfport, MS 39503 | | | |
| Jimmy Orr | Common | 1 | |
| Joan Roosa Estate<br>Chris Roosa | Common | 3 | |
| Joanne (Noll) Palmer | Common | 1 | |
| Joe Glass, Jr. | Common | 1 | |
| Joe or Katy Campbell | Common | 1 | |
| Joe Revon | Common | 4 | |
| Joe Thornton, III | Common | 1.25 | |
| Joel and Carol Evin Anderson | Common | 2 | |
| John Hash | Common | 1 | |
| John Hopkins, M.D. | Common | 1 | |
| John Jay Wachs | Common | 1.25 | |
| John Mavar | Common | 1 | |
| John McKelvain | Common | 1 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE: CHAPTER 11
**Great Southern Golf Club, Inc.**

DEBTOR(S) CASE NO 19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 5*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| John Miller, M.D. | Common | 2 | |
| John Rester | Common | 1 | |
| John Rosskopf | Common | 1 | |
| John S. or Vicky G. Heath | Common | 1 | |
| John Sneed | Common | 1 | |
| John W. Rosskopf | Common | 4 | |
| Jordan Kariean | Common | 1 | |
| Joseph or Carol Zapulla | Common | 1 | |
| Josephine Billups Heyer | Common | 2 | |
| Judy Guice | Common | 1 | |
| Judy Hadley | Common | 1 | |
| K.L. Young | Common | 1 | |
| Karen Wachs McLeod | Common | 1 | |
| Keith L. Josey, III | Common | 1 | |
| Kent E. Lovelace, Jr. | Common | 1 | |
| Kent Lovelace, Jr. | Common | .25 | |
| Kirk Hanson | Common | 1 | |
| L. Kelly Baker | Common | 1 | |
| L.A. and Mae D. Keonenn | Common | 1 | |
| Larry Allen or Larraine R. Krohn | Common | 1 | |
| Larry C. Horton | Common | 1 | |
| Larry Calvert | Common | 1 | |
| Larry Heflin | Common | 1 | |

Larry Horton
10 Mockingbird Lane
Gulfport, MS 39507

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:  
**Great Southern Golf Club, Inc.**

CHAPTER 11

DEBTOR(S)

CASE NO 19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 6*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Lawrence M. Rouse | Common | 1 | |
| Lawrence McGuire | Common | 1 | |
| Lee C. Hilbert | Common | 1 | |
| Lenny Sawyer | Common | 3 | |
| Leo Seal Trusts | Common | 1 | |
| Leonard Blackwell | Common | 3 | |
| Leslie or Winifred Hudgeons | Common | 1 | |
| Linda Lamar Billups | Common | 2 | |
| Margaret Morse | Common | 2 | |
| Marjorie Dianne or Brenda Kaye Saxon | Common | 1 | |
| Martha A. Wood | Common | 2 | |
| Martha Farrior | Common | 1 | |
| Mary Ann Mobley Collins | Common | 1 | |
| Mary Cameron Rollins | Common | 1 | |
| Mary Fay Kizzire | Common | 2 | |
| Mary Hewes Mulherin | Common | 1 | |
| Mary Melissa Covington | Common | 1 | |
| Mary Rae Schmidt | Common | 1.25 | |
| Mary Virginia Gaddy c/o Gerald C. Gaddy | Common | 1 | |
| Michael and Kerrick Ryan | Common | 5 | |
| Mike Mavar | Common | 6 | |
| Mrs. Sam Mavar | Common | 1 | |
| Nancy Emil Begley | Common | 1 | |
| Nancy Vick | Common | 1 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:  
**Great Southern Golf Club, Inc.**

CHAPTER 11

DEBTOR(S)

CASE NO 19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 7*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Nick Mavar | Common | 2 | |
| Nona McDonald Flagg | Common | 1 | |
| Owen Miller<br>2436 Greenview Dr.<br>Gulfport, MS 39507 | | | |
| Patricia (Graves) Weatherly | Common | 4 | |
| Patricia Reed and Dayna Reed Ike | Common | 4 | |
| Paul Tom and Arlene Wall | Common | 3 | |
| Peter Rogers | Common | 1 | |
| Phillip Hage, M.D. | Common | 3 | |
| Ray Tipton, M.D. | Common | 20 | |
| Regina Watson | Common | 1 | |
| Richard Chapin | Common | 1 | |
| Richard or Virginia E. Opel | Common | 1 | |
| Robert A. or Phyllis Ann Little | Common | 2 | |
| Robert and Shirley Lawson | Common | 2 | |
| Robert Dean Wall | Common | 1 | |
| Robert E. Gaines | Common | 1 | |
| Robert Occhi | Common | 1 | |
| Roderick Leslie | Common | 3 | |
| Roger Brokaw | Common | 1 | |
| Roy & Louise M. Anderson Jr. Estate | Common | 2 | |
| Roy Anderson, III | Common | 5 | |
| S. Diane Miller | Common | 1 | |
| Sam Mavar, Jr. | Common | 8 | |
| Sam Morse | Common | 1 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:  
**Great Southern Golf Club, Inc.**

CHAPTER  11

DEBTOR(S)

CASE NO   19-51282-KMS

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 8*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Sam Morse, Jr. | Common | 1 | |
| Sandra E. or Steven H. Bailey | Common | 1 | |
| Sarah Elizabeth Berry | Common | 1 | |
| Sherman Muths | Common | 1 | |
| Steven Dale Wachs | Common | 1.5 | |
| Susan G. Bailey | Common | 3 | |
| T.W. Milner, III, or Eleanor Batey<br>& Katherine Anderson | Common | 1 | |
| Teresa Frazier Cameron | Common | 1 | |
| Thelma Ludeau or Arlene Shoemaker | Common | 1 | |
| Thomas Brimmer | Common | 1 | |
| Thomas C and Janis Anderson | Common | 2 | |
| Tim McMurphy | Common | 1 | |
| Timothy or Elizabeth Murr | Common | 1 | |
| Tom Clower, Jr. | Common | 4 | |
| Tom Garrott, M.D. | Common | 1 | |
| Tom Harvey | Common | 8 | |
| Tommye Dale Favre | Common | 1 | |
| Torbjorn Fasth | Common | 1 | |
| Vern Holmes | Common | 2 | |
| Vernon Clark | Common | 2 | |
| Vick Daniel c/o Beth Daniel | Common | 1 | |
| Victor Mavar | Common | 6 | |
| W.C. Deviney | Common | 1 | |
| Wallace Weatherly, M.D. | Common | 2 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:  
**Great Southern Golf Club, Inc.**

CHAPTER **11**

DEBTOR(S)

CASE NO **19-51282-KMS**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 9*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Walter C. Vick, Jr. | Common | 1 | |
| Walter Gex Billups | Common | 2 | |
| Walter Gex Billups Jr. | Common | 1 | |
| Walter Hinkle | Common | 9 | |
| Wayne May or Terry Snowden | Common | 1 | |
| Wendell Lee | Common | 1 | |
| William Dechant c/o June Dechant | Common | 1 | |
| William Sams, M.D. | Common | 2 | |
| William Weatherly | Common | 4 | |
| Wilma Knox c/o Susan Buckles | Common | 4 | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Treasurer** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **7/3/2019**  Signature: *Jerry W. Smith*  
Jerry W. Smith  
Treasurer