# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| GREAT SOUTHERN GOLF CLUB, INC. | CASE NO. 19-51282-NPO |
| DEBTOR. | CHAPTER 11 |

## AMENDED DEFICIENCY NOTICE

**(Notice of Missing Documents and Notice of Dismissal if Documents Not Timely Filed)**

To the Debtor and his attorney, if any:

In order for this case to be administered, it is necessary that the items(s) described below be filed **immediately**.

- **List of 20 Largest Unsecured Creditors**
    - *Individual Debtor - Official Form 104*
    - *Non-Individual Official Form 204*

In the event the above documents are not filed on or before **July 8, 2019**, the case may be dismissed without further notice or hearing.

Dated: July 5, 2019                     Danny L. Miller, Clerk of Court

By:  /s/  Dawn Sanderson

Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790